**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
RACHEL L. SHELSTAD, SB #13399
Rachel.Shelstad@qpwblaw.com
LAINA T. LEAVITT, SB #12295
Laina.Leavitt@qpwblaw.com
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
Telephone: 702.751-3003
Facsimile: 702.751-3004
*Attorneys for Defendant*
*Defendant Walmart Inc. dba*
*Walmart Neighborhood Market*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Simone Goncalves, an individual, | Case No: 2:25-cv-01816-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Walmart Inc., dba Walmart Neighborhood Market, a Foreign Corporation; Does 1-20 and Roe Business Entities 1-20, inclusive, | |
| Defendants. | |

Plaintiff SIMONE GONCALVES and Defendants WALMART INC., dba WALMART NEIGHBORHOOD MARKET, by and through their respective counsel of record, hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action, including all claims in Plaintiff's Complaint against all Defendants, is hereby

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



1

dismissed with prejudice as to future action, with the parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this 22nd day of June, 2026.

MORGAN & MORGAN                                QUINTAIROS, PRIETO, WOOD & BOYER, P.A

_Greg Kraemer_                                 /s/ Laina T. Leavitt

GREGORY A. KRAEMER                             LAINA T. LEAVITT
Nevada Bar No. 10911                           Nevada Bar No. 12295
6725 Via Austi Pkwy, Suite 275                 2370 Corporate Circle, Suite 160
Las Vegas, NV 89119                            Henderson, Nevada 89074
(725) 765-3182                                 (702) 751-3003
*Attorneys for Plaintiff*                      *Attorneys for Defendants*


**ORDER**


IT IS SO ORDERED.

DATED this _29_ day of June, 2026.


Gloria M. Navarro
United States District Judge


QPWB
ATTORNEYS

2